UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL CASE NO: 5:24-CR-00124-KKC-MAS

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.

DONALD RAY ADAMS, JR.                                                                                     DEFENDANT

MOTION FOR JENCKS ACT EVIDENCE

     Comes the Defendant, Donald Ray Adams, Jr., by counsel, and pursuant to the directive in 18 U.S.C. § 3500(b), known and referred to herein as the "Jencks Act," and hereby moves and requests that, following the direct examination of any witness called by the Government at trial, the Government be required to produce to counsel for defendant any statement of the witness, in the possession of the Government, which relates to the subject matter of the testimony. The term "statement" used above means:

     A.    A written statement made by the witness and signed or otherwise adopted or approved by that witness;

     B.    A stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement made by the witness and recorded contemporaneously with the making of such oral statement;

   C. A statement however taken or recorded, or a transcription thereof made by the witness to a grand jury.

Respectfully submitted,

/s/ PATRICK F. NASH
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: pfnash@nashmarshall.com
ATTORNEY FOR DEFENDANT
DONALD RAY ADAMS, JR.

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

/s/ PATRICK F. NASH
